UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  DANIEL OCAMPO-ROJAS a/k/a "Marco Antonio Orasco-Zauceda"

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Daniel Ocampo-Rojas' *pro se* motion entitled "Petition for Complaint and Request for Attorney to be Removed From My Case Under Ineffective of Counsel," filed June 1, 2007 (docket #572).  In the moiton Defendant requests that I hold "a court hearing to officially determine the miss-representation of Attorney Ronald Gainor as soon as possible."

Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Defendant is currently represented by counsel, Ronald Gainor.  Consequently, the Court will not consider a motion that the Defendant has filed *pro se*.  Accordingly it is

ORDERED that Defendant's *pro se* "Petition for Complaint and Request for attorney to be Removed From My Case Under Ineffective of Counsel," filed June 1, 2007 (docket #572), is **STRICKEN**.

Dated: June 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge