IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 05-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. DANIEL OCAMPO-ROJAS, a/k/a "Marco Antonio Orasco-Zauceda,"

    Defendant.

## ORDER

    Comes on this day to be considered the Motion of the United States to dismiss Counts Two and Five of the Indictment as they pertain to Defendant DANIEL OCAMPO-ROJAS. The Defendant has pled guilty to Count Three of the Indictment, which charges a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2, the knowing or intentional possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, and aiding and abetting the same.

    Having considered same, the Court finds there are good grounds to grant the motion. It is hereby

    ORDERED that Counts Two and Five of the Indictment in the above-styled case are DISMISSED as to Defendant DANIEL OCAMPO-ROJAS.

So Ordered this 15th day of October, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE